# THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: Shenika Treonshae McCoy, Debtor(s). | Case No. 14-63557 CRM |
| 100 Cameilia Lane Apt 430<br>Lithonia, GA 30058 | Chapter 13 |
| XXX-XX-7208 | |

### Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Board of Regents-University of Memphis.

Notices should be addressed to:

Tennessee Board of Regents-University of Memphis

c/oTN Attorney General's Office, Bankruptcy Division

PO Box 20207

Nashville, Tennessee 37202-0207

This request reserves and does not waive the sovereign immunity of the State of Tennessee or the State's rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,

Robert E. Cooper, Jr.

Attorney General and Reporter

/s/ Stuart Wilson-Patton

Stuart Wilson-Patton

Senior Counsel
BPR No. 012207
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: 615-532-2504     Fax: 615-741-3334
Email: stuart.wilson-patton@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on _____ August 1, 2014 _____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Stuart Wilson-Patton

Stuart Wilson-Patton

Senior Counsel

| | |
|---|---|
| Nancy J. Whaley<br>Chapter 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120<br>Atlanta, GA 30303 | Carson R. Walden<br>Attorney for the Debtor(s)<br>Walden Goodhart, Harden & New<br>315 W Ponce deLeon Ave Ste 757<br>Decathur, GA 30033 |