UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE:  SHENIKA TREONSHAE MCCOY                                    CHAPTER: 13

                                                                                                    CASE NO: 14-63557

DEBTOR.

**WITHDRAWAL OF PROOF OF CLAIM #1**

COMES NOW, **DEPARTMENT STORES NATIONAL BANK/MACY'S** and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of claim #1 in the amount of $286.93 filed on or about 07/29/14.

This is the 3rd day of December, 2014

DEPARTMENT STORES NATIONAL BANK/MACY'S

 /S/ Stacy Suire

NCO Financial Systems, Inc. n/k/a Transworld Systems, Inc.

Authorized Agents of DSNB/MACY'S

NCO Financial Systems, Inc. n/k/a Transworld Systems, Inc.

PO Box 4275

NORCROSS, GA 30091

(800) 209-9161

REFERENCE #089598434

CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing withdrawal of Proof of Claim by depositing same in the United States First Class Mail with sufficient postage thereon to assure delivery to the following:

CARSON R WALDEN

315 W PONCE DE LEON AVENUE

SUITE 757

DECATUR GA 30033

NANCY J WHALEY

303 PEACHTREE CENTER AVENUE

SUITE 120

ATLANTA GA 30303

This is the 3rd day of December, 2014

/S/Stacy Suire

NCO Financial Systems, Inc. n/k/a Transworld Systems, Inc.