# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHENIKA TREONSHAE MCCOY | ) | A14-63557-CRM |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF INTENT TO PAY PROOF OF CLAIM FILED AFTER THE BAR DATE

Comes now Nancy J. Whaley, Standing Chapter 13 Trustee in the above-referenced case and files this NOTICE OF INTENT TO PAY PROOF OF CLAIM. The following proof of claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 case.

| NAME AND ADDRESS OF CREDITOR | CLAIM AMOUNT | CLASS |
|---|---|---|
| TENNESSE BOARD OF REGENTS- UNIVERSITY OF MEMPHIS<br>C/O TN ATTY GENERAL BANKRUPCY DIV.<br>P. O. BOX 20207<br>NASHVILLE,, TN  37202-0207 | $13,839.00 | UNSECURED<br>Plus Int @  0.00% |

**TOTAL AMOUNT OF CLAIM FILED:**        $13,839.00

Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an objection to claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of this notice. The allowance of this claim does not affect the right of Debtor or Debtor's attorney to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.

/s/_____
Nancy J. Whaley
Bar Number: 377941
Standing Chapter 13 Trustee
Suite 120, Suntrust Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303
678-992-1201

## CERTIFICATE OF SERVICE

Case No.:  A14-63557-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Notice of Intent To Pay Proof of Claim Filed After The Bar Date by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

SHENIKA TREONSHAE MCCOY
100 CAMEILIA LANE
APT 430
LITHONIA, GA  30058

WALDEN, GOODHART, HARDEN & NEW, LLC
315 W. PONCE DE LEON AVENUE
SUITE 757
DECATUR, GA  30030

TENNESSE BOARD OF REGENTS-
UNIVERSITY OF MEMPHIS
C/O TN ATTY GENERAL BANKRUPCY DIV.
P. O. BOX 20207
NASHVILLE,, TN  37202-0207

This the 1st day of April, 2015.

/s/_____
Nancy J. Whaley
Bar Number: 377941
Standing Chapter 13 Trustee
Suite 120, Suntrust Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303
678-992-1201